FILED FOR RECORD 03/21/2022 15:25:45
Kyle S. Hannan, DY CLERK
JEFFERSON PARISH, LA

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 826-284                                                               DIVISION "N"

### TOMMY JOHNSON

### VS.

### TRISURA SPECIALTY INSURANCE COMPANY, SOFIA TRANSPORT, LLC, VILLALOBOS GONZALEZ AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)

FILED:_____                           _____
                                                                          DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **TOMMY JOHNSON**, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**TRISURA SPECIALTY INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**SOFIA TRANSPORT, LLC**, a foreign limited liability company authorized to do and doing business in the State of Texas;

**VILLALOBOS GONZALEZ**, a person of the full age of majority and a resident of the State of Florida; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as uninsured/underinsured motorist carrier)**, a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

Exhibit A

III.

On or about **April 18, 2021**, an accident occurred on Interstate 10 in the Parish of, State of Louisiana, wherein the vehicle owned by **SOFIA TRANSPORT, LLC** and operated by **VILLALOBOS GONZALEZ** improperly changed lanes and struck the vehicle owned and operated by **TOMMY JOHNSON**.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **VILLALOBOS GONZALEZ**, which is attributed to, but not limited to, the following non-exclusive particulars:

   a) Improper lane usage;

   b) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

   c) Failure to see what he should have seen;

   d) Failure to keep a good and careful lookout;

   e) Failure to maintain a safe distance from other vehicles;

   f) Failure to maintain reasonable and proper control of the vehicle which he was operating;

   g) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

   h) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **VILLALOBOS GONZALEZ**, Petitioner, **TOMMY JOHNSON**, was injured and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **VILLALOBOS GONZALEZ** was in the course and scope of his employment and/or on a mission and/or errand for **SOFIA TRANSPORT, LLC** on the date of this accident, thus

rendering said defendant, **SOFIA TRANSPORT, LLC**, vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **TRISURA SPECIALTY INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **SOFIA TRANSPORT, LLC** and operated by **VILLALOBOS GONZALEZ**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **TRISURA SPECIALTY INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

VIII.

Upon information and belief, defendants, **SOFIA TRANSPORT, LLC** and **VILLALOBOS GONZALEZ**, are underinsured to fully compensate Petitioner for his damages. At all relevant times, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist coverage on the vehicle owned by and operated by **TOMMY JOHNSON** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **TRISURA SPECIALTY INSURANCE COMPANY, SOFIA TRANSPORT, LLC, VILLALOBOS GONZALEZ AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
DOUGLAS J. WOMAC, JR. #31570
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
dwomac@edwardwomac.com

**PLEASE SERVE:**

**TRISURA SPECIALTY INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**SOFIA TRANSPORT, LLC**
Through Louisiana Long Arm Statute
Through its registered agent:
Carlos Felipe Barrantes Encalada
4415 Shaver Street
Apartment #23003
Pasadena, Texas 77504

**VILLALOBOS GONZALEZ**
Through Louisiana Long Arm Statute
12324 SW 259th Terrace
Homestead, Florida 33032

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON